**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **JENNY BROWN,** ) | |
|     **PLAINTIFF** ) | **CIVIL ACTION NO.:** |
| ) | |
| **VS.** ) | **4:12-cv-1222** |
| ) | |
| **CONSUMER ADJUSTMENT** ) | |
| **COMPANY, INC. d/b/a CACi** ) | **JURY TRIAL DEMAND** |
|     **DEFENDANT.** ) | |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

All parties to this action hereby stipulate to dismiss this case without prejudice to refilling, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

| **Counsel for Plaintiff** | **Counsel for Defendant** |
|---|---|
| /s/ Robert T. Healey | /s/John Mark Hongs |
| Robert T. Healey | |
| EDMO # 34138MO | John Mark Hongs |
| HEALEY LAW, LLC | Hinshaw & Culbertson LLP |
| 640 Cepi Drive, SuiteA | Gateway One |
| Chesterfield, MO 63005 | 701 Market Street, Suite 1300 |
| Telephone:     (636) 536-5175 | St. Louis, Missouri 63101-1843 |
| Fax:             (636) 590-2882 | Tel: 314-241-2600 \| Fax: 314-241-7428 |
| Email:           bob@healeylawllc.com | E-mail: jhongs@hinshawlaw.com |

and

/s/  Alexander H. Burke
Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone:     (312) 729-5288
Fax:             (312) 729-5289
Email: aburke@burkelawllc.com
Co-Counsel for Plaintiffs

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic service through the ECF system on all counsel of record on this 16th day of November 2012:

| | |
|---|---|
| Mr. Robert T. Healey, Esq.<br>**HEALEY LAW, LLC**<br>640 Cepi Drive, Suite A<br>Chesterfield, MO 63005<br>P: (636) 536-5175<br>F: (636) 590-2882<br>bob@healeylawllc.com<br>*Attorneys for Plaintiff* | Mr. Alexander H. Burke, Esq.<br>**BURKE LAW OFFICES, LLC**<br>155 N. Michigan Avenue, Suite 9020<br>Chicago, IL 60601<br>P: (312) 729-5288<br>F: (312) 729-5289<br>aburke@burkelawllc.com<br>*Attorneys for Plaintiff* |

By: */s/ John Mark Hongs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic service through the ECF system on all counsel of record on this 19th day of September 2012

Mr. Robert T. Healey, Esq.
**HEALEY LAW, LLC**
640 Cepi Drive, Suite A
Chesterfield, MO 63005
P: (636) 536-5175
F: (636) 590-2882
bob@healeylawllc.com
*Attorneys for Plaintiff*

Mr. Alexander H. Burke, Esq.
***BURKE LAW OFFICES, LLC***
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
P: (312) 729-5288
F: (312) 729-5289
aburke@burkelawllc.com
*Attorneys for Plaintiff*

By: */s/ John Mark Hongs*